UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONISHA RICHARDSON,
Plaintiff,

v.

FLYNN GROUP, LP, et al.,
Defendants.

Case No. 26-cv-08847-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to 26-cv-08798-VC.

**IT IS SO ORDERED.**

Dated: August 26, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California